UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-342 (RCL) |
| | : | |
| **ALVARO SERRANO ARCHBOLD-** | : | GOVERNMENT'S MOTION TO MODIFY |
| **MANNER (1)** | : | THE SEALING ORDER AND TO |
| **a.k.a "El Negro"** | : | REDACT THE SECOND SUPERSEDING |
| **a.k.a. "Archie"** | : | INDICTMENT |
| **a.k.a. "Bambino"** | : | |
| | : | **UNDER SEAL** |
| **JESUS ANTONIO MURILLO-LENIS(2)** | : | |
| **a.k.a. "Leni"** | : | |
| **a.k.a. "Muri"** | : | |
| | : | |
| **RANFER MANUEL RIOS-** | : | |
| **MERCADO (3)** | : | |
| | : | |
| **JEFFREY DAVYTON LEWIS (4)** | : | |
| | : | |
| **GARETH DAVITON LEWIS (5)** | : | |
| **a.k.a "David Lewis"** | : | |
| **a.k.a. "Mocho"** | : | |
| | : | |
| **FREDY GOMEZ-PEREZ (6)** | : | |
| **a.k.a. "Chiqui"** | : | |
| | : | |
| **JUAN DE JESUS RINCON-ROJAS (7)** | : | |
| | : | |
| **GUSTAVO BARBOSA-RODRIGUEZ(8)** | : | |
| | : | |
| **ULISES MALKUM-BERNADES (9)** | : | |
| **a.k.a. "Ulysis Malcom"** | : | |
| **a.k.a. "Ulyses Malcolm"** | : | |
| **a.k.a. "Ulysis Malkun"** | : | |
| **a.k.a. "El Gordo"** | : | |
| **a.k.a. "Montoya"** | : | |
| | : | |

**CARLOS DELGADO-GOMEZ (10)** :
    **a.k.a. "Carlanga"** :
                   :
**LUIS ENRIQUE CASTANEDA-** :
**GONZALEZ (11)** :
    **a.k.a "Kike"** :
                   :
**ENRIQUE OYOLA-ROPERO (12)** :
                   :
**VICTOR ANTONIO PALMERA-** :
**QUINTANA (13)** :
                   :
**SERGIO RENE DE MARTINI-** :
**TAMAYO (14)** :
    **a.k.a. "Paisa,"** :
    **a.k.a. "Rafita,"** :
    **a.k.a. "Henry"** :
                   :
**JOSE HUGO ALVAREZ-LOZANO (15)** :
                   :
**JAIME HERNAN GUTIERREZ-** :
**DIAZ (16)** :
                   :
**GERMAN VILLEGAS-MEJIA (17)** :
    **a.k.a. "El Doctor"** :
                   :
**GERARDO TOBON-ROJAS (18)** :
    **a.k.a. "Mateo"** :
                   :
**FERNANDO ZAPATA-BERMUDEZ(19)** :
                   :
**HERIBERTO ZAZUETA (20)** :
    **a.k.a. "Don Beto"** :
                   :
**MARIO FRANCISCO MAGANA-** :
**PEREZ (21)** :
    **a.k.a "El Grandote"** :
                   :
**JUAN JOSE HEREDIA-LOPEZ (22)** :
                   :
**HECTOR CONTRERAS-NOVOA (23)** :
    **a.k.a. "Hector Contreras-Noboa"** :
    **a.k.a. "Cuate"** :
                   :
**JUAN EDUARDO PEREZ-RINCON (24)** :

**ALFREDO LUIS PERALTA-**          :
**CARRILLO (25)** _____ :

### GOVERNMENT'S MOTION TO MODIFY THE SEALING ORDER
### AND TO REDACT THE SECOND SUPERSEDING INDICTMENT

The United States, appearing by and through, Patrick H. Hearn, Trial Attorney, United States Department of Justice, Narcotic and Dangerous Drug Section, respectfully moves this Court to modify the sealing order and to allow the redaction of the names of three defendants named in the Second Superseding Indictment. In support thereof, the government states the following:

Following the return of a true bill on the original indictment the government filed a motion to seal citing the ongoing criminal investigation would be jeopardized if the indictment was made public. On September 14, 2005 U.S. Magistrate Judge John M. Facciola granted the government's motion to seal this case. On April 18, 2006 the Grand Jury returned a Second Superseding Indictment which indicted Juan Jose Heredia-Lopez for one count of conspiracy to distribute five kilograms of cocaine or more intending it to be imported into the United States, in violation of 21 U.S.C. 959.

March 24, 2006 Heredia-Lopez was picked up at sea in the Carribean by the U.S. Coast Guard. Heredia-Lopez was found on ship containing approximately 2 to 3 tons of cocaine. He was transported to the Southern District of Florida. Heredia-Lopez was held in custody and indicted in the Southern District of Florida, Case number 06-20226-CR-COOKE for a violation of 21 U.S.C. 952. He remains in custody in the Southern District of Florida.

On August 15 and 16, 2006 a number of the defendants in this case were arrested or attempts were made to arrest them in Colombia and Jamaica. Due to the ongoing investigation in this case and a fear that it would be disclosed Heredia-Lopez has not been served with the

warrant issued in this case.   The government will be serving the warrant and meeting with Heredia and his attorney to discuss the case.  At the meeting, the government would like to present a copy of the indictment which has had three co-defendants names redacted.

The government believes there are three defendants, Heriberto Zazueta, Mario Francisco Magana-Perez, and Hector Contreras-Novoa who remain unaware of the indictment and the warrants for their arrest.  The government believes they remain unaware of this case because; they live in Mexico; there has been no attempt to arrest them in Mexico; and no other arrests in this case took place in Mexico.  The investigation has determined that Heredia-Lopez may know these three defendants.  The government anticipates upon service of the warrant on Heredia-Lopez his attorney will request a copy of the indictment.  However, presenting the indictment in its current form would disclose the identities of Zazueta, Magana-Perez and Conteras-Novoa to Heredia-Lopez who may inform them of the indictment.  The government believes based upon their activities it will have an opportunity to arrest the three defendants in the next three to four months.

In order to allow presentation of the indictment to Heredia and still preserve the secrecy of the case to prevent the defendants from becoming aware of the indictment and fleeing, the government respectfully requests that the Court grant the government's motion to modify the sealing order and allow the redaction of Zazueta, Magana-Perez and Conteras-Novoas from the indictment copy presented to Heredia-Lopez .  See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).  Heredia-Lopez will not be prejudiced, at this time, by an indictment with the names redacted because the indictment will still serve the purposes of notifying the defendant of the charges against him and prevent double jeopardy.

## <u>CONCLUSION</u>

Wherefore, the government respectfully requests the court to modify the Sealing Order for the limited purpose of allowing the government to present to Heredia-Lopez and his attorney a copy of the Second Superseding Indictment with all references to the identities of Zazueta, Magana-Perez and Conteras-Novoa redacted.

DATED: August 30, 2006

Respectfully submitted,

KEN BLANCO, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By: _____

_____
Patrick H. Hearn
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave, N.W.
Washington, D.C. 20005
(202) 305-7606