NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  05 CR 00342

Jaime Hernan Gutierrez-Diaz
_____
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

David S. Zapp  2219814
(Attorney & Bar ID Number)

David S. Zapp, Esq.
(Firm Name)

7 East 94th Street, #1
(Street Address)

New York        NY        10128
(City)          (State)   (Zip)

(212) 410 - 3351
(Telephone Number)