UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAIME HERNAN GUTIERREZ-DIAZ

Motion to Appear
Pro Hac Vice
CR NO. 05-342(RCL)

DAVID S. ZAPP, Attorney at Law, pursuant to 28 U.S.C. Section 1746, hereby certifies under penalty of perjury, that the following is true and correct:

1. I am an attorney duly admitted to practice in the State of New Jersey and New York. I submit this certification in support of motion, pursuant to Local Rule LCrR 44.1(c)(d) and (h), for an Order admitting me *pro hac vice* to appear and participate as attorney for defendant, Jaime Hernan Gutierrez-Diaz, in the within action before the United States District Court, for the District of Columbia.

2. I am a graduate of Columbia College and Columbia Law School, in the city of New York and have been a member of the New York and New Jersey Bars, and admitted to practice before their highest courts, the New York Court of Appeals and the New Jersey Supreme Court, continuously since 1972. I am also admitted to practice before the following courts where I am a member in good standing:

    United States District Court for the District of New Jersey
    United States District Court for the Eastern District of New York
    United States District Court for the Southern District of New York
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Third Circuit

United States Supreme Court

3. Sponsoring me for this application is David Mark Nester, Esq., whose office is located at 717 D Street NW, Suite 310, Washington, D.C., 20004, DC Bar #42, whose telephone number is (202) 783-4474, and whose e-mail is NESTERAK@aol.com. Mr. Nester's signature appears at the end of this motion.

4. I understand that I am required to abide by the Rules of the United States District Court, District of Columbia and have obtained a 1894 copy of the local rules and have read same for the purpose of my appearances before the United States District Court for the District of Columbia.

5. I was admitted to appear *pro hac vice* in this court by the Hon. Rosemary M. Collyer in August of 2006 in the matter of US v. Tangarife-Maya CR. NO. 04-00465, additionally, I was admitted to appear *pro hac vice* in this court by the Hon. Richard J. Leon in November of 2003 in the matter of US v. Lopesierra CR. NO. 02-392 however, I have not made any previous application, besides the above mentioned applications to Judge Collyer and to Judge Leon, to appear in this district *pro hac vice* within the past two years nor prior to that time.

6. I further certify that I make these statements contained herein pursuant to LCrR 44.1(c)(d) and (h) and that all statements made by me are true. I am further aware that if any statements made by me are willfully false, I am subject to punishment.

WHEREFORE, it is respectfully requested that the Court enter an order permitting me to appear and participate in the within action and proceeding *pro hac vice* on behalf of defendant, Jaime Hernan Gutierrez-Diaz.

_____
DAVID MARK NESTER, ESQ.
717 D Street NW
Suite 310
Washington, DC 20004
Tel. (202) 783-4474
Fax. (202) 628-2881
Email: Nesterak@aol.com

_____
DAVID S. ZAPP
Attorney at Law
7 East 94th Street, Suite 1A
New York, New York 10128
Tel. (718) 855-3895
Fax (718) 855-8924
Email DavidZapp@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAIME HERNAN GUTIERREZ-DIAZ

CR NO. 05-342(RCL)

## ORDER

This matter having been heard by the Court in the presence of the attorneys for the respective parties, upon the application of local counsel, David Mark Nester, Esq., and the defendant, Jaime Hernan Gutierrez-Diaz, for an Order admitting David S. Zapp, Esq., *pro hac vice* to appear and participate as attorney for defendant, Jaime Hernan Gutierrez-Diaz, in the within action and it appearing from the certification of Attorney David S. Zapp that he is compliance with LCrR 44.1(c)(d) and (h) for admission to the Bar of this Court *pro hac vice*;

It is on this        day of November, 2007

**ORDERED** that David S. Zapp, Attorney at Law, be admitted *pro hac vice* to appear and participate as Attorney for defendant, in the within action.

_____
HON.                       , U.S.D.J.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2007, I caused to be served a copy of this motion by the ECF System on:

Clerk: United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington DC, 20001

AUSA Patrick Hearn
US Department of Justice
1400 New York Ave, NW
Washington DC, 20535

/s/ Johanna S. Zapp