# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 05-342-16 (RCL)** |
| | ) | |
| **JAIME HERNAN GUTIERREZ-DIAZ** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

FILED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter having been hear by the Court in the presence of the attorneys for the respective parties, upon the application of local counsel, David Mark Nester, Esq., and the defendant Jaime Hernan Gutierrez-Diaz, for an Order admitting David. S. Zapp, Esq., *pro hac vice* to appear and participate as attorney for defendant, Jaime Hernan Gutierrez-Diaz, in the within action and it appearing from the certification of Attorney David S. Zapp that he is in compliance with LcrR 44.1(c), (d), and (h) for admission to the Bar of this Court, *pro hac vice*, it is hereby

ORDERED that David S. Zapp, Attorney at Law, be admitted *pro hac vice* to appear and participate as attorney for defendant, in the within aciton.

SO ORDERED.

_____        _____
United States District Judge Royce C. Lamberth             Date