UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                 ) | |
|        Plaintiff,               ) | |
|                                 ) | |
|        v.                       ) | Criminal Case No. 05-342-02 (RCL) |
|                                 ) | 05-342-16 (RCL) |
| JESUS ANTONIO MURILLO-LENIS (2)) | |
|                                 ) | |
| and                             ) | |
|                                 ) | |
| JAIME HERNAN GUTIERREZ-         ) | |
| DIAZ (16)                       ) | |
|                                 ) | |
|        Defendants.              ) | |
| _____) | |

**ORDER OF DETENTION**

Upon consideration of the Government' motion to detain Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this 13th day of December, 2007,

ORDERED, that the Government's motion is granted and that Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz should be detained because they has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz have no significant ties to the United States and their personal characteristics support the conclusion that they are a risk of

flight if released.

3.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz are a danger to the community in general as a result of their drug trafficking activities.

4.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz have not rebutted the presumption contained in the Bail Reform Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

*[signature]*
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA