## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
        Plaintiff,    )
            )
      v.    )    **CRIMINAL NO. 05-342-16 (RCL)**
            )
JAIME HERNAN    )
GUTIERREZ-DIAZ (16)    )
            )
            )
      Defendant.    )
_____)

FILED

DEC 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon defendant's oral request and without objection of the Government, defendant shall be held at the Correctional Treatment Facility (CTF).

SO ORDERED.


_____    _____
United States District Judge Royce C. Lamberth        Date

*(signed: Royce C. Lamberth)*    *(dated: 12/14/07)*