UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | )<br>)<br>) | |
| v. | ) | CRIMINAL NO. 05-342-16 (RCL) |
| JAIME HERNAN<br>GUTIERREZ-DIAZ (16) | )<br>)<br>)<br>) | FILED<br>DEC 14 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Defendant. | )<br>) | |

## ORDER

Upon defendant's oral request and without objection of the Government, defendant shall be permitted to make a collect telephone call home to his family in Colombia to inform them that defendant has arrived in the United States.

SO ORDERED.

_____     12/14/07
United States District Judge Royce C. Lamberth          Date