UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

     **V.**

**JAIME HERNAN GUTIERREZ-DIAZ**
_____

**CR NO. 05-342(RCL)**

**ORDER**

     The defendant in this matter, currently incarcerated at the Central Detention Facility (the D.C. Jail) is directed to permit the defendant to place a telephone call to his family in Colombia. Furthermore, the D.C. jail is ordered to transfer the defendant to the Correctional Treatment Facility (CTF) annex of the D.C. Jail, there being no objection by the Government to the telephone call or to the transfer.

     **ORDERED**, with the consent of the Government, that **JAIME HERNAN GUTIERREZ-DIAZ**, be permitted to make a telephone call to his family in Colombia and that he be transferred to the CTF facility from the Central Detention Facility.

So Ordered.

_____       _____

United States District Judge Royce C. Lamberth       Date