UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

V.

                                       CR NO. 05-342

ARCHBOLD-MANNER et al,

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

I am the attorney for defendant Jaime Hernan Gutierrez-Diaz in the above referenced case and respectfully request an extension until January 7, 2008, to file a response to the government's motion for speedy trial waiver.

Dated: January 2, 2008

                                                      **DAVID S. ZAPP**
                                                      Attorney for Defendant
                                                      7 East 94th Street, Suite 1A
                                                      New York, New York 10128
                                                      Tel. (718) 855-3895
                                                      Fax (718) 855-8924

Certificate of Service

I HEREBY CERTIFY that on this 2nd day of January, 2008, I caused to be served a copy of this motion via the ECF system on:

AUSA Patrick H. Hearn
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20535

Sam Javna