UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAIME HERNAN<br>GUTIERREZ-DIAZ (16)<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 05-342-16 (RCL)<br><br>FILED<br>JAN - 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon defendant's Motion [83] for Extension of Time to File Response, it is hereby ORDERED that defendant's response to the government's motion for speedy trial waiver shall be due on January 7, 2008.

SO ORDERED.

_____          __1/2/08__
United States District Judge Royce C. Lamberth          Date