UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | Criminal Case No. 05-342-02 (RCL) |
| **Plaintiff**, ) | 05-342-16 (RCL) |
| v. ) | 05-342-17 (RCL) |
| ) | 05-342-25 (RCL) |
| **JESUS ANTONIO MURILLO-LENIS (2)**, ) | |
| and ) | |
| **JAIME HERNAN GUTIERREZ-DIAZ (16)** ) | |
| **GERMAN VILLEGAS-MEJIA (17)** ) | |
| a.k.a. "El Doctor" ) | |
| **ALFREDO LUIS PERALTA-CARRILLO (25)**) | |
| ) | |
| **Defendants.** ) | |

_____

**ORDER**

This matter comes before the Court on the Government's Motion to Exclude Time Under the Speedy Trial Act. Based on the Government's motion, the defendant JAIME HERNAN GUTIERREZ-DIAZ's written response to said motion, and the record herein

IT IS HEREBY ORDERED that the Government's motion to suspend time under the Speedy Trial Act until the commencement of the above defendants' trial is hereby DENIED.

SO ORDERED.

Dated: _____

_____
ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA