UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ANTONIO MURILLO-LENIS, | ) | CRIMINAL NO. 05-342-02 (RCL) |
| | ) | |
| RANFER MANUEL RIOS-MERCADO, | ) | CRIMINAL NO. 05-342-03 (RCL) |
| | ) | |
| GARETH DAVITON LEWIS, | ) | CRIMINAL NO. 05-342-05 (RCL) |
| | ) | |
| CARLOS DELGADO-GOMEZ, | ) | CRIMINAL NO. 05-342-10 (RCL) |
| | ) | |
| ENRIQUE OYOLA-ROPERO, | ) | CRIMINAL NO. 05-342-12 (RCL) |
| | ) | |
| SERGIO RENE DE MARTINI-TAMAYO, | ) | CRIMINAL NO. 05-342-14 (RCL) |
| | ) | |
| JOSE HUGO ALVAREZ-LOZANO, | ) | CRIMINAL NO. 05-342-15 (RCL) |
| | ) | |
| JAIME HERNAN GUTIERREZ-DIAZ, | ) | CRIMINAL NO. 05-342-16 (RCL) |
| | ) | |
| GERMAN VILLEGAS-MEJIA, | ) | CRIMINAL NO. 05-342-17 (RCL) |
| | ) | |
| GERARDO TOBON-ROJAS, | ) | CRIMINAL NO. 05-342-18 (RCL) |
| | ) | |
| FERNANDO ZAPATA-BERMUDEZ, | ) | CRIMINAL NO. 05-342-19 (RCL) |
| | ) | |
| JUAN EDUARDO PEREZ-RINCON, | ) | CRIMINAL NO. 05-342-24 (RCL) |
| | ) | |
| ALFREDO LUIS PERALTA-CARRILLO, | ) | CRIMINAL NO. 05-342-25 (RCL) |
| | ) | |
| Defendants. | ) | |

**ORDER**

FILED

JUL 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby

ORDERED that this Court's Order [163] dated June 13, 2008 is modified as follows:

Any motion to suppress evidence shall be filed no later than July 9, 2008.

SO ORDERED.

_____Royce C. Lamberth_____     _____7/3/08_____
Chief Judge Royce C. Lamberth                Date