UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

V.

                                                CR NO. 05-342

JAIME HERNAN GUTIERREZ-DIAZ,

        Defendant.

## MOTION TO BE EXCUSED FROM HEARING

Hearing on defendant Lewis's motion to dismiss is set for July 24, 2008 at 2:00 PM before Chief Judge Royce C. Lamberth. I join in any oral arguments made by co-counsel Bruce S. Harvey insofar as they are relevant to my client, but respectfully request that Mr. Gutierrez-Diaz and myself be excused from the hearing.

I have spoken to AUSA Patrick Hearn and he has stated that he has no objection to the motion.

Dated: July 21, 2008

Respectfully submitted,

_____
DAVID S. ZAPP
Attorney for Defendant
7 East 94th Street, Suite 1A
New York, New York 10128
Tel. (718) 855-3895
Fax (718) 855-8924

<u>Certificate of Service</u>

I HEREBY CERTIFY that on this 21st day of July, 2008, I caused to be served a copy of this motion via facsimile and the ECF system on:

AUSA Patrick H. Hearn
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20535

_____
Sam Javna