UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

V.

                                  CR NO. 05-342

JAIME HERNAN GUTIERREZ-DIAZ,

        Defendant.

---

### MOTION TO HAVE TODD MERER APPEAR FOR DAVID ZAPP

Due to a misinterpretation of the docket sheet, attorney David Zapp respectfully moves to have attorney Todd Merer appear for counsel at the status conference scheduled for August 14, 2008 at 2:00 PM in the above matter. Attorney Todd Merer has agreed to stand in for Mr. Zapp.

Dated: August 13, 2008

                                                  Respectfully submitted,

                                                  **DAVID S. ZAPP**
                                                  Attorney for Defendant
                                                  7 East 94th Street, Suite 1A
                                                  New York, New York 10128
                                                  Tel. (718) 855-3895
                                                  Fax (718) 855-8924

Certificate of Service

I HEREBY CERTIFY that on this 13th day of August, I caused to be served a copy of this motion via the ECF system on:

AUSA Patrick H. Hearn
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20535

Sam Javna