UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA

V.

**JAIME HERNAN GUTIERREZ-DIAZ**

**Response to Government's Position on Trial Defendants and Suggested Groupings for Trial**

CR NO. 05-342(RCL)

_____

On September 1, 2008, the Government filed a response to the Order of the Court suggesting what they believe to be appropriate groupings for the trials of the defendants in this case. Specifically, the Government stated the following in their papers:

> "The first group scheduled for jury trial October 1, 2008, consists of four defendants Murrillo, Oyola, Tobon, and Delgado. **The second group scheduled for jury trial** December 1, 2008 consists of six defendants Alvarez, **Guiterrez,** Villegas, Perez, Rios and Zapata." (*Emphasis added*)[1]

On August 14, 2008, there was a hearing in this case that ended with a status conference setting down trial dates. At this conference, Johanna Zapp appeared on my behalf. At the end of the conference, Ms. Zapp stated she believed I would be ready for trial on October 1, 2008. Ms. Zapp was not aware that I would be unavailable on that date as I have a scheduled trip to Canada. However, this appears to be academic as my client,

---

[1] Government's Position on Trial Defendants and Suggested Groupings for Trials, p. 1

2

Mr. Gutierrez, appears to be placed in the second group for trial. I do want to make it clear for the record however, that on October 1, 2008, I am unavailable.

Respectfully Submitted,

David S. Zapp
Attorney for Jaime Hernan Gutierrez-Diaz
7 East 94th Street, Suite 1
New York, New York 10128
(212) 410-3351

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2008, I caused to be served a copy of this motion by the ECF System on:

| | |
|---|---|
| Clerk: United States District Court<br>District of Columbia<br>333 Constitution Avenue, NW<br>Washington DC, 20001 | AUSA Patrick Hearn<br>US Department of Justice<br>1400 New York Ave. NW<br>Washington DC, 20535 |

_____
/s/ Johanna S. Zapp