**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA,)
                                            )
     **Plaintiff**                     )
                                            )
                                            )
         **v.**                        )      **CR. NO. 05-342 (RMC)**
                                            )
**ALVARO SERRANO ARCHBOLD-**      )
**MANNER, et. al.,**                   )
                                            )
     **Defendants.**                 )


### PROPOSED ORDER OF DEADLINE EXTENSION

Upon consideration of the Government' motion to extend the deadline for the

government to produce and make available to defense counsel physical evidence seized from the

M/V Dan Viking it intends to produce at trial, it is, this _____ day of _____, 2008,

ORDERED, that the Government's motion is granted and that the government shall have

until September 11, 2008, to produce and make available to defense counsel physical evidence

from the M/V Dan Viking which it intends to produce at trial.


_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA


1