UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff** )<br>)<br>)<br>v. )<br>)<br>**ALVARO SERRANO ARCHBOLD-** )<br>**MANNER, et. al.,** )<br>)<br>**Defendants.** ) | CR. NO. 05-342 (RMC) |

## GOVERNMENT'S NOTICE TO DEFENDANTS REGARDING AVAILABILITY OF EVIDENCE BY SEPTEMBER 8, 2008

The United States of America, by and through the undersigned attorney, hereby informs the defendants that physical evidence seized by the Colombian government in conjunction with the arrests of the defendants will be available to defense counsel on Monday, September 8, 2008 from 1 p.m. to 5 p.m. at the offices of the Department of Justice, Narcotic and Dangerous Drug Section, 1400 New York Ave., N.W. Washington D.C. If defense counsel intends to view the physical evidence on September 8, 2008, they must contact lead counsel Patrick Hearn at 202-305-7606 prior to 5 p.m. on Friday, September 5, 2008 to schedule an appointment.

The representative sample of the cocaine seized onboard the M/V Dan Viking will be available to defense counsel on Friday, September 5, 2008 from 12:00 p.m. to 3:00 p.m. at the Drug Enforcement Administration Field Office, Miami, Florida. Alternatively, due to the availability of the evidence seized from the M/V Dan Viking on September 11, 2008 in Miami, the government can have the cocaine sample available on

that same date. If defense counsel intends to view the physical evidence on September 5, 2008, they must contact lead counsel Patrick Hearn at 202-305-7606 prior to 5 p.m. on Thursday, September 4, 2008, in order that the appropriate arrangements to schedule an appointment can be made and to notify the DEA and the U.S. Attorney's Office.

Furthermore, should defense counsel be unable to view the evidence the cocaine sample on September 5, 2008, or the evidence associated with the defendant's arrests on September 8, 2008, the government will make all reasonable efforts to accommodate defense counsel with an alternative date.

Respectfully submitted,

Wayne Raabe, Acting Chief
Narcotics and Dangerous Drug Section


_____/s/_____
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7606

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 3, 2008, the above Notice was sent via ECF counsel for the defendants.

_____/s/_____
Patrick H. Hearn
Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section