Exhibit A